

PROB 12B
(7/93)

Report Date: March 9, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 13 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Douglas Ray Lucht        Case Number: 2:04CR00180-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2/4/2005        Type of Supervision: Supervised Release

Original Offense: Involuntary Manslaughter, 18 U.S.C. §§ 1112, 1151 & 1153        Date Supervision Commenced: 5/31/2006

Original Sentence: Prison - 26 Months; TSR - 36 Months        Date Supervision Expires: 5/30/2009

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

21    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

Recent 9th Circuit case law requires the Court specify the number of urine and Breathalyzer tests an offender may be subject to in a given time frame. The Court had previously ordered urine and Breathalyzer testing, but an amount was not specified. The offender has agreed to the modification and has signed a waiver to that effect, which is enclosed for the Court's review. It is requested the Court order the modifications indicated.

Respectfully submitted,

by    Kevin Crawford
U.S. Probation Officer
Date: March 9, 2007

Prob 12B
**Re: Lucht, Douglas Ray**
**March 9, 2007**
**Page 2**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

March 13 2007
Date